Before: REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM *

We affirm for the reasons stated by the district court in its order granting the motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6). The Supreme Court's recent decision in *Sereboff v. Mid Atlantic Med. Servs., Inc.,* —— U.S. ——, 126 S.Ct. 1869, 1875, 164 L.Ed.2d 612 (2006), does not undermine the district court's reasoning and *Peralta v. Hispanic Business, Inc.,* 419 F.3d 1064, 1076 (9th Cir.2005), supports it.

**AFFIRMED.**

**Louis Gerard GOERES, Plaintiff— Appellant,**

**v.**

**CHARLES SCHWAB & CO., INC.; et al., Defendants—Appellees.**

**No. 05–15282.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 12, 2007.

Filed Feb. 14, 2007.

Teresa S. Renaker, Esq., Lewis Feinberg Renaker & Jackson, PC, Oakland, CA, for Plaintiff–Appellant.

Kim Zeldin, Esq., Liner Yankelevitz Sunshine & Regenstreif, San Francisco, CA, for Defendants–Appellees.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.